UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEPHEN A. HALL, JR.,

Plaintiff,

v. Case No. 26-CV-1221

LT. KURSZEWSKI et al.,

Defendants.

---

**ORDER**

---

Plaintiff Stephen A. Hall, Jr., is currently incarcerated at Waupun Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. On October 28, 2026, the Court screened the complaint and allowed Plaintiff to proceed on a Fourteenth Amendment excessive force claim against CO Ewer, a First Amendment retaliation claim against CO Ewer, and a Fourteenth Amendment denial of medical care claim against CO Ewer, CO Hurple, and Lt. Kurszewski based on allegations that CO Ewer slammed a handcuff into Plaintiff's wrist to retaliate against Plaintiff for writing a complaint against him and that Defendants did not allow Plaintiff to be seen by the nurse after Plaintiff complained that his wrist was broken. (ECF No. 16.) This matter comes before the Court on Plaintiff's motion to reinstate the County defendants. (ECF No. 18.) The Court construes Plaintiff's motion as a motion for reconsideration.

Plaintiff's motion for reconsideration comes under Rule 54(b) of the Federal Rules of Civil Procedure. In the context of multi-claim or multi-party litigation, the rule provides that any order "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b); *see Moses H. Cone Mem. Hosp. v. Mercury*

*Const. Corp.*, 460 U.S. 1, 12 (1983) (holding that "every order short of a final decree is subject to reopening at the discretion of the district judge").

Plaintiff requests that the Court allow him to proceed on *Monell* claims against Waukesha County, Sheriff Eric Severson, Jail Administrator Amy Vaughn, and Deputy Jail Administrator Tracy J. Lewandowski. Essentially, Plaintiff disagrees with the Court's analysis and conclusion. The Court has reviewed its October 28, 2026, screening order, Plaintiff's motion, and the complaint and concludes that there is no basis to alter the decision. Accordingly, Plaintiff's motion to reinstate the County defendants (ECF No. 18), which the Court construes as a motion for reconsideration, is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin on November 25, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge